UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture | CIVIL NO. 19-cv-1786 (DRD) |
| Plaintiff | Foreclosure of Mortgage |
| v. | |
| ANGEL LUIS LUNA MALAVE, CARMEN MARIA ESPADA GARCIA and their Conjugal Partnership | |
| Defendants | |

**INFORMATIVE MOTION REGARDING AMENDMENT OF COMPLAINT**

TO THE HONORABLE COURT:

Comes now Plaintiff, through the undersigned counsel, who respectfully alleges and prays as follows:

1.  During the process of serving the summons upon defendants, plaintiff learned about the death of codefendant ANGEL LUIS LUNA MALAVE. *Exhibit 1*

2.  Therefore, plaintiff informs this Honorable Court that an Amended Complaint will be filed on this same date in order to include, as codefendants, the Estate of said deceased.

Wherefore, movant requests this Honorable Court to be informed of the above.

RESPECTFULLY SUBMITTED.

Certificate of service: I hereby certify that on this same date I have filed a true and exact copy of the foregoing motion using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants and to each one of codefendants, to the following address: P.O. Box 2401, Coamo, P.R. 00769; HC-02, Box 8040, Coamo, P.R. 00769 and Rd. 545, Km. 3.5, San Idelfonso Wd., Sector Gavia, Coamo, P.R. 00769.

In Guaynabo, Puerto Rico, this 25th day of September, 2019.

 /s/ Juan C. Fortuño Fas
JUAN C. FORTUÑO FAS
USDCPR 211913
Counsel for Plaintiff
P.O. BOX 9300 SANTURCE, PR 00908
TEL: [787] 751-5290 / FAX: [787] 751-6155
E-MAIL: jcfortuno@fortuno-law.com